Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

*Kayla Patrice Reed*

*Deloute Michal Dushawn king*

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v- *gary Hovey     matthew Proehl*

*north Platte Police department*

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  *4:20CV3151*

  *(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non–Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name *Kayla P Reed Devote MD king*

Address *1505 N Sheridan ave*

*north platte          ne          69101*
City                     State      Zip Code

County *USA Lincoln*

Telephone Number *308 520 520 5171*

E-Mail Address *308660-5857 Devonte kinn 9850@gm*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name *gary Hovey*

Job or Title *(if known)* *Sargent*

Address *701 s Jeffers*

*north platte          ne          69101*
City                     State      Zip Code

County *lincoln*

Telephone Number *308 535 6789*

E-Mail Address *(if known)*

☑ Individual capacity      ☐ Official capacity

**Defendant No. 2**

Name *Matthew Proehl*

Job or Title *(if known)* *Officer*

Address *701 s Jeffers*

*north platte          ne          69101*
City                     State      Zip Code

County *Lincoln*

Telephone Number *308 535 6789*

E-Mail Address *(if known)*

☑ Individual capacity      ☐ Official capacity

**Defendant No. 3**

Name *north Platte Police department*

Job or Title *(if known)* *Corporation*

Address *701 s Jeffers*

*north platte          ne          69101*
City                     State      Zip Code

| | |
|---|---|
| County | *Lincoln* |
| Telephone Number | *308  535  6789* |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

    *City*                    *State*    *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    *4th  5th  14th*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."  42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

**III.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?  *North platte ne Dec 4 2*

B.    What date and approximate time did the events giving rise to your claim(s) occur?  *Dec 4 202* *Around  11:30 pm*

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

300# Jail
120# Car

The basis for these Claims

m seeking 75,000 in damages ~~that~~ ~~~~
are damage to property unlawful Search Seizure Tresspassi
mental anguish and humiliation false imprisonment
deprivation of life liberty property along with the willful
and egregious violation of the 4th 5th 14th amendment
of Them being fined / Imprisonment Devarte / Car
along with Both of Them  no money
Kayla & Reed

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. 1/&5

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _12-11-20_

Signature of Plaintiff    _Kayla Reed    Devonte lang_
Printed Name of Plaintiff    _Kayla Reed    Devonte lng_

**B.    For Attorneys**

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____

| City | | State | Zip Code |
|------|--|-------|----------|

Telephone Number    _____
E-mail Address    _____

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Delonte Kimy
laayla reed

**(b)** County of Residence of First Listed Plaintiff _Lincoln_
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
gary Hovey Matthew Proehl
north platte police department

County of Residence of First Listed Defendant _Lincoln_
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☑ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☑ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☑ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☑ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
18 U.S. Code 242 - 42 US code 1983

Brief description of cause:
4th amendment The right of The people to be secure 14th 5th

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 100,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Joel Jay
DOCKET NUMBER Cr 20 2089

DATE

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

JS 44 Reverse (Rev. 08/18)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, notin in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Kayla Reed

## C facts

i was coming home from work in my auto mobile mr matthew flashed his lights behind me i pulled over to let mr matthew pass instead mr matthew interfered with my right to travel and began to trespass upon i pass

i was scared for my life the man matthew proehl kept asking questions and would not let me continue to travel mr gary hovey said i was under arrest if i did not self incriminate

i gave mr proehl my hand written statement they gave it back said they are going to break my property windows if i do not exit the property mr hovey and mr proehl then open my doors pull me out of my property threatens me and false imprisonment i searched and seized my property unlawful trespass

i woman was going point A to point B i have broken no law

# Statement of claim
## Kayla Reed

i woman claim matthew proehl trespass upon me and unlawfuly searche and seized my property i pulled me out of my property false imprisonment me and twisted my hands and arms excessively

i woman claim the man gary hovey trespass upon i unlawful search and seized my property i false imprisonment i

i woman claim that north platte police department helped mr. hovey and mr proehl seize my property for ransom no crime was commited by me or my property

all codes rules and regulations are for government authorities only

Rodriques V. Ray Donavan

5th amendment right against self incrimination

Chicago motor coach v Chicago ~~⊗⊗⊗⊗~~ 169 ne 221
the right of the citizen to travel upon the public highways and to transport his/her property thereon either by carriage or by automobil is not a mere privilege which a city may prohibit or permit at will but a common law right

4 Amendment
the right of the people to be secure in their persons houses an effects against unreasonable searches and seizures shall not Be Violated

Devonte lay

D.

the man matthew Proehl Violated the 4th amendment By The unlawful search and Seizure of my property

the man gary Hovey Violated the 4th amendment By the unlawful Search and Seizure of my property Property was damaged during search and Seizure

North platte police department Helped mr Hovey and matthew proehl with the Seizure of my property and held property for ransom depriving mae of my property

Statement of claim
Devonte lay

Mr matthew Prahl and mr gary Hovey
and northplatte police department unlawfuly search
and seized my property Dec 4 2020 held
Property for ransom

FreedomfromGovernment.org

# Exercise Your Rights Card



FREEDOM *from* GOVERNMENT

*The police have a duty to assume you are guilty until proven innocent because their job is to find criminals and get confessions.*

*AND YOU have a duty to assert your rights before government employees violate them.*

*The U.S. Constitution prohibits the government from interfering with your right to remain silent, to consult with counsel, and to be free from unreasonable searches and seizures by law enforcement. However, it is up to you to assert these rights. This card will help you do so effectively.*

*If you are confronted by a police officer, remain calm. Be courteous and request identification. Politely refuse to answer any further questions. Ask to talk to counsel. Do not consent to any search of your person, your property, your residence or your car. Tell the officer you would like to give him or her this card, which is a statement of the constitutional rights you wish to invoke.*

### Learn More Here



*Do not reach for this card until you have obtained the officer's permission to do so.*

**Visit: FREEDOMFROMGOVERNMENT.ORG for more information**



Printed in May, 2020 in the USA.

## STATEMENT FOR POLICE

**My Rights:** **1** Silence. Including providing ANY documents or information that may incriminate me or be used against me. **2** I require having counsel present before answering ANY questions. **3** I do not consent to any searches. Saying "no" does not mean that I have something to hide. **4** I have the right to know who you are when you are acting in a public capacity. **5** I have the right to know if I am being detained or arrested, and why. If I am not being detained or arrested then I am free to leave. **6** I am NOT acting in a commercial capacity as a "driver" of a "motor vehicle" in "trade", "traffic", or "transportation" as defined in 49 USC §31301 and therefore "motor vehicle codes" are not applicable if traveling by the means of the day to get from one place to another. **7** Civil rights violations will be litigated in federal court.

"I hereby invoke and refuse to waive all of the following rights and privileges afforded to me by the United States Constitution. I invoke and refuse to waive my 5th Amendment right to Remain Silent. I invoke and refuse to waive my 6th Amendment right to counsel of my choice. I invoke and refuse to waive my 4th Amendment right to be free from unreasonable searches and seizures. If I am not presently under arrest, or under investigatory detention, please allow me to leave."

**"The claim and exercise of a constitutional right cannot be converted into a crime." - Miller v. U.S., 230 F 2d 486, 489**

**"With no injured party, a complaint is invalid on its face". Gibson v. Boyle, 139 Ariz. 512**

YOU ARE BEING AUDIO AND VIDEO RECORDED FOR MY SAFETY.

Defendant Copy

## Uniform Citation and Complaint

Citation Number: NP1100207

| Date of Offense | Time of Offense | IR/Case# | | Troop/District/Sector |
|---|---|---|---|---|
| 12/04/2020 | 06:00 | 20-28888 | | |
| Plaintiff: State of Nebraska | in the LINCOLN - 15 | County Court | Court Case # | |

**Defendant Information:**

| Last Name | | First Name | M.I. | Suffix | Phone | | Cell |
|---|---|---|---|---|---|---|---|
| REED | | KAYLA | P | | | | |
| Street Address | | | City | | State | Zip Code | Country |
| 1505 N SHERIDAN | | | NORTH PLATTE | | NE | 69101 | US |

| DOB | Gender | Height | Weight | Eyes | Hair | Race/Eth | Language if interpreter needed |
|---|---|---|---|---|---|---|---|
| 08/30/1993 | F | 5'06" | 180 LBS | BRO | BRO | B | |
| DL State | DL Country | DL Number | Exp. Date | DL Class | Restrictions | | DL Endorsements |
| IA | US | 390AR3637 | 12/04/2020 | O | | | |

| Vehicle Year | Vehicle Type | Vehicle Style | Make | | Model | | Color | |
|---|---|---|---|---|---|---|---|---|
| 2008 | PA | 4D | TOYOTA - TOYT | | CAROLLA | | RED - RED | |
| Vehicle VIN | | Vehicle License | State | Vehicle Country | Year | License Plate Type | CMV | HazMat |
| JTGBR32E86063492 | | PR1V4T2 | U | US | | | N | |
| Carrier Name | | | US DOT Number | | | ICC Number | | |

| Business/Address | | City | | State | Zip Code | | Country |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

The undersigned being duly sworn, says the defendant at the time and date shown, did unlawfully commit the following offense(s):

| Violation Location | In the County of | In the City of | Hwy Type | Hwy Number | Hwy Suffix | Mile Marker |
|---|---|---|---|---|---|---|
| | LINCOLN - 15 | NORTH PLATTE | T | CITY | T | |
| | Location at or near | WILLOW AND RODEO RD | | | | |
| | Latitude | | Longitude | | | |

**In violation of:**

| | Statute/Ordinance Section | Offense Description | | | Violation Type |
|---|---|---|---|---|---|
| O F F E N S E | 79-41917(a)(a) | POSSESS MARIJUANA 1 OZ OR LESS-1ST OFF | | | B |
| | Speed | mph in ____ mph Zone | Tracked | HCIC Code | BAC Percent | Actual Weight | Legal Weight |
| | | | | 3566 | | | |
| | Comments | | | Fine | Lbs Over/Wt | Pct. Over/Wt |
| | | | | | | |
| 001 | | | | Liquidated Damages Amount | A check means "Yes" | |
| | | | | | School Zone ☐ |
| | | | | | Road Construction Zone ☐ |

| | Statute/Ordinance Section | Offense Description | | | Violation Type |
|---|---|---|---|---|---|
| O F F E N S E | 60-399(1)A | UNLAWFUL/PICT DISPLAY OF PLATE/RENEW TAB | | | B |
| | Speed | mph in ____ mph Zone | Tracked | HCIC Code | BAC Percent | Actual Weight | Legal Weight |
| | | | | 5490 | | | |
| | Comments | | | Fine | Lbs Over/Wt | Pct. Over/Wt |
| | | | | $50.00 | | |
| 002 | | | | Liquidated Damages Amount | A check means "Yes" | |
| | | | | | School Zone ☐ |
| | | | | | Road Construction Zone ☐ |

| | Statute/Ordinance Section | Offense Description | | | Violation Type |
|---|---|---|---|---|---|
| O F F E N S E | 28-906 | OBSTRUCT A PEACE OFFICER | | | B |
| | Speed | mph in ____ mph Zone | Tracked | HCIC Code | BAC Percent | Actual Weight | Legal Weight |
| | | | | 4000 | | | |
| | Comments | | | Fine | Lbs Over/Wt | Pct. Over/Wt |
| | | | | | | |
| 003 | | | | Liquidated Damages Amount | A check means "Yes" | |
| | | | | | School Zone ☐ |
| | | | | | Road Construction Zone ☐ |

| | Statute/Ordinance Section | Offense Description | | | Violation Type |
|---|---|---|---|---|---|
| O F F E N S E | 60-3,167 | NO PROOF OF INSURANCE | | | E |
| | Speed | mph in ____ mph Zone | Tracked | HCIC Code | BAC Percent | Actual Weight | Legal Weight |
| | | | | 5490 | | | |
| | Comments | | | Fine | Lbs Over/Wt | Pct. Over/Wt |
| | | | | | | |
| 004 | | | | Liquidated Damages Amount | A check means "Yes" | |
| | | | | | School Zone ☐ |
| | | | | | Road Construction Zone ☐ |

| PROEHL, M. (11543) | 12/04/2020 | 160 | HOVEY, G. (sig) | 12/04/2020 | 26 |
|---|---|---|---|---|---|
| NORTH PLATTE POLICE DEPARTMENT | | | | | |
| Reporting Officer 1/Agency | Date | Badge Number | Reporting Officer 2/Agency | Date | Badge Number |

This is an appearance only, not a trial date. **You MUST Appear in Court as directed below:**          Prosecutor

| Your Court Appearance: ✔ To be determined | | Court Address | Mailing Address | Room No. |
|---|---|---|---|---|
| | | | LINCOLN COUNTY COURT | |

Page 1 of 2

---

Defendant Copy

## Uniform Citation and Complaint

Citation Number: NP1100207

| Date of Offense | Time of Offense | IR/Case# | | Troop/District/Sector |
|---|---|---|---|---|
| 12/04/2020 | 06:00 | 20-28888 | | |
| Plaintiff: State of Nebraska | in the LINCOLN - 15 | County Court | Court Case # | |

**Defendant Information:**

| Last Name | | First Name | M.I. | Suffix | Phone | | Cell |
|---|---|---|---|---|---|---|---|
| REED | | KAYLA | P | | | | |
| Street Address | | | City | | State | Zip Code | Country |
| 1505 N SHERIDAN | | | NORTH PLATTE | | NE | 69101 | US |

| Date | | Time | 301 N JEFFERS | 301 N JEFFERS ROOM 207 |
|---|---|---|---|---|
| | | | NORTH PLATTE, NE 69101 | NORTH PLATTE, NE 69101 |

I promise that I will appear in court at the above time and place          X _____

Signature of Defendant          Date

Your Signature is not an admission of guilt, but a promise to appear. Failure to Comply with the terms of this citation is punishable by jail or fine or both and may result in suspension of your operator's license.

You have the right to a trial and may appear in court as directed above - OR you have a right to plead guilty to this offense without appearing in court. If you choose to plead guilty you may pay a fine of ____ costs of ____ and liquidated damages of ____ for a total of ____

```
Image ID: F00014812C15    JOURNAL ENTRY AND ORDER
```

IN THE COUNTY COURT OF LINCOLN COUNTY, NEBRASKA

```
ST V. KAYLA P REED                      Printed on 12/04/2020 at 11:09
DOB:  8/30/1993                                           Room 15C03
Case ID: CR 20    2084                                        Page  1
Citation: NP 1100207                      Date of Hearing 12/04/2020
```

CHARGES (AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)

| CHARGE | STATUTE | DESCRIPTION | CLASS | TYPE |
|--------|---------|-------------|-------|------|
| 01 | 28-906 | Obstruct a peace officer | 1 | MSD |

**A P P E A R A N C E S   A N D   A D V I S E M E N T**
Judge            Joel Jay
Defendant        KAYLA P REED in custody
Defense Counsel  Self-Represented Litigant
Prosecutor       Tanya K Roberts-Connick
Defendant advised of the nature of the above charges, and all possible penalties.
Defendant advised of the effect of conviction on non-citizens and each of the following
  rights: Counsel, Appointed Counsel; Trial; Jury Trial; Confront Accusers; Subpoena
  Witnesses; Remain Silent; Request Transfer to Juvenile Court; Defendant's Presumption
  of Innocence; State's Burden of Proof Beyond Reasonable Doubt (clear and convincing
  in cases of probation violation); Right to Appeal.

**A R R A I G N M E N T**
Defendant, having been informed of right to counsel, voluntarily, intelligently and
  knowingly waived that right.

**B O N D   I N F O R M A T I O N**
The Court, having considered all methods of bonds and conditions of release to reasonably
  assure the defendant's appearance, to ensure the safety and maintenance of alleged evidence, to
  ensure the safety of alleged victims, witnesses, or other persons in the community, and to
  avoid pretrial incarceration, and having further considered the defendant's financial ability
  to pay and other factors set forth in Neb. Rev. Stat. Section 29-901.01, sets the bond at
  ____$2,500.00 Ten Percent.

**F U T U R E   C O U R T   A P P E A R A N C E S**
Case continued to 12/09/2020 at  9:00 AM on motion of Defense
in  County  Courtroom  02  for Entry of Plea                                    .

Hon. _____    ___/04/2020    RAC _____
           Joel Jay              (Seal)  Date          Bailiff

                                         Tape Nos. CD _____

Journal Entry and Order(s) copies to:
 Roberts-Connick,Tanya,Kay,          connictr@co.lincoln.ne.us
 DEFENDANT
 CORRECTIONS
 CASHIER/BAILIFF

**FILED BY**
Clerk of the Lincoln County Court
12/04/2020

CASE FILE COPY

JOURNAL ENTRY AND ORDER

## JOURNAL ENTRY AND ORDER

### IN THE COUNTY COURT OF LINCOLN COUNTY, NEBRASKA

ST V. KAYLA P REED                          Printed on 12/09/2020 at  9:25
DOB: 8/30/1993                                               Room 15C02
Case ID: CR 20    2084                                       Page  1
Citation: NP 1100207                        Date of Hearing 12/09/2020

===============================================================================

**CHARGES (AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)**

| CHARGE | STATUTE | DESCRIPTION | CLASS | TYPE |
|--------|---------|-------------|-------|------|
| 01 | 28-906 | Obstruct a peace officer | 1 | MSD |

   Plea: Not Guilty

**A P P E A R A N C E S   A N D   A D V I S E M E N T**
   Judge              Kent D Turnbull
   Defendant          KAYLA P REED
   Defense Counsel    Self-Represented Litigant
   Prosecutor         Angela M Franz

**A R R A I G N M E N T**
   Defendant enters above pleas.

**B O N D   I N F O R M A T I O N**
   The Court, having considered all methods of bonds and conditions of release to reasonably
   assure the defendant's appearance, to ensure the safety and maintenance of alleged evidence,
   ensure the safety of alleged victims, witnesses, or other persons in the community, and to
   avoid pretrial incarceration, and having further considered the defendant's financial ability
   to pay and other factors set forth in Neb. Rev. Stat. Section 29-901.01, sets the bond at
   ____$2,500.00 Ten Percent.

**A D D I T I O N A L   E N T R I E S   O F   R E C O R D**
   Defendant has posted bond of 2,500 10% - bond is continued.

**F U T U R E   C O U R T   A P P E A R A N C E S**
   Case continued to _1/20/2021_ at _9:30 AM_ on motion of the Court,
in _County_ Courtroom _02_ for _Jury Trial_                          .

Hon. _____   _12/09/2020_   _CP_ _____
              Kent D Turnbull            Date           Bailiff

over Serv                         Tape Nos. _CD_ _____

DEFENDANT COPY

**FILED BY**
Clerk of the Lincoln County Court
12/09/2020

JOURNAL ENTRY AND ORDER



City of North Platte

**North Platte Police Department**

701 South Jeffers
North Platte, Nebraska 69101

Phone 308-535-678

DATE _____ 12-4-20 _____

NAME _____ Read _____

| POLICE REPORT | PARKING TICKET | OTHER | CASH | CHECK | MAIL |
|---|---|---|---|---|---|
| | | X | X | | |

20-20898

Tow — 60⁰⁰
tax — 420
Impound — 50⁰⁰

$114²⁰

**96828**   BY _____

# notice

if any man or woman enters any
agreement on my Behalf They will bear
all liability i take no Plea
i have Broken no Law

i say here and will krifi in open court

X Kayla Reed



FILED
M.
DEC - 4 2020
CLERK OF COUNTY COURT

# Notice

- this automobile is not used for commercial purposes i; man declare my automobile a household article\private property

*woman*

> *"The Right of the Citizen to travel upon the public highways and to transport his property thereon, either by horse drawn carriage or by automobile, is not a mere privilege which a city can prohibit or permit at will, but a common Right which he has under the right to life, liberty, and the pursuit of happiness."*

**Thompson vs. Smith**, 154 SE

**Title 18 USC 31**:

*"**Motor vehicle**" means every description or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, or passengers and property.*

*"**Used for commercial purposes**" means the carriage of persons or property for any fare, fee, rate, charge or other considerations, or directly or indirectly in connection with any business, or other undertaking intended for profit.*

I say here and will verify in open court to all hearing to be true

x_Kaylee Reed_____