**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

Denise M. Lucks
Clerk of Court

Gabriela Acosta
Chief Deputy Clerk

# N O T I C E

December 14, 2020

| | |
|---|---|
| **Case Number:** | **4:20cv3151** |
| **Case Caption:** | **Reed et al v. Hovey et al** |
| **Judge:** | **John M. Gerrard** |

The Clerk of Court acknowledges receipt of a Complaint or Petition initiating a civil action by a person who is proceeding pro se; that is, without an attorney. The case shall be placed on the Lincoln docket. The assigned case number is: 4:20cv3151. All future communications of any kind with the Court about this case **must** include this case number.

☒   The filing fee has been paid in this case.

☐   A Motion for Leave to Proceed In Forma Pauperis has been filed in this case

☐   A Motion for Leave to Proceed In Forma Pauperis has not been filed in this case.

☐   Blank summons form(s) given to plaintiff.

If you are not a prisoner and you would like to take advantage of the Court's Case Management Electronic Case Files System (CM/ECF), please see the attached instructions.

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350   |   Fax: (402) 661-7387   |   Toll Free: (866) 220-4381
Lincoln: (402) 437-1900   |   Fax: (402) 437-1911   |   Toll Free: (866) 220-4379

December 14, 2020
Page 2

Attachment

## Instructions

A person who has filed a lawsuit in the United State District Court without an attorney's assistance (that is, a "pro se party") may register to use the court's "Case Management/Electronic Case Files" (CM/ECF) system. The system will allow the pro se party to file pleadings and documents in his or her case.

**Prisoners may not use the CM/ECF system.**

1. To register for the CM/ECF system, you will need to go to www.pacer.gov:

    a. Click on REGISTER
    b. Click on Non-Attorney Filers

    Complete the on-screen instructions. Note that you may leave the Additional Filer Information section blank.

2. You can also access the court's Local Rules on the court's website. The Nebraska General Rules explain the guidelines for using the CM/ECF system.

3. If you plan on registering to use CM/ECF, you should consider completing the training courses on the court's website. From the website, click on Electronic Case Filing (CM/ECF), then click on Training Information and Written Procedures.

4. You should understand that there can be a cost to you for viewing documents filed on the CM/ECF system if you access the documents through the Public Access to Court Electronic Records (PACER) system. To avoid being charged PACER fees, you would need to file a motion with the court asking for an exemption from PACER fees. The motion must explain how the exemption would 1) avoid an unreasonable burden on you, and 2) promote public access to the information. For more information about PACER and Pacer fees, go to www.pacer.gov.

5. If you have any questions about the registration process, you may contact the Help Desk at 866-220-4381 (Omaha) or 866-220-4379 (Lincoln).

Forms\Notice_ProSe
Last Updated: 04/11/18