USPS TRACKING #

9590 9402 5766 0003 9522 47

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Kayla reed devonl long
1505 N Sheridan Ave
northplatte Ne 69101

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   North platte police department
   201 s Jeffers northplatte
   ne 69101

   9590 9402 5766 0003 9522 47

   Article Number *(Transfer from service label)*

   7019 1640 0001 6590 0210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X HC   CII   CI9      ☐ Agent
                         ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery
   HC   CII   CI9                    12.14.2020

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
       Restricted Delivery
       (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20CV3151

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Kayla Reed & Devonte King
1505 N. Sheridan Ave
North Platte, NE 69101

**RECEIVED**
DEC 1 8 2020
CLERK
U.S. DISTRICT COURT

Robert V. Denney Federal Building
100 Centennial Mall North
Room 593
Lincoln, NE 68508



UNITED STATES POSTAL SERVICE — Retail
F   US POSTAGE PAID   $3.85
Origin: 69101
12/16/20
3064650901-44

FIRST-CLASS PKG SVC - RTL™
0 Lb 1.20 Oz
1000
C009

SHIP TO:
100 CENTENNIAL MALL N
Lincoln NE 68508-3859

USPS TRACKING® NUMBER
9500 1137 1208 0351 4302 54