IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Kayla Patrice Reed | ) | Case No.: 4:20-cv-03151 |
| | ) | |
| DaVonte Michael Deshawn King, | ) | |
| | ) | |
| Plaintiffs, | ) | **MOTION OF DEFENDANTS' FOR** |
| | ) | **ENLARGEMENT OF TIME TO FILE** |
| v. | ) | **AN ANSWER** |
| | ) | |
| Gary Hovey, | ) | |
| *Sargent, in his individual capacity* | ) | |
| | ) | |
| Matthew Proehl, | ) | |
| *Officer, in his individual capacity* | ) | |
| | ) | |
| North Platte Police Department, | ) | |
| | ) | |
| Defendants. | ) | |

The Defendants, Gary Hovey, Matthew Proehl and the North Platte Police Department, by and through their undersigned counsel, pursuant to NECivR 6.1(b) and Fed. R. Civ. P. 6(b)(1), hereby move this Court to enlarge the period of time for the Defendants to Answer or to Move to Dismiss. That this Motion for Enlargement of Time is filed on or before the date originally allotted the Defendants to Answer: January 4, 2020. Due to the press of business, the Holidays and other matters, these Defendants would respectfully request that the initial Answer date be extended by 30 days until February 4, 2020.

WHEREFORE, the Defendants hereby respectfully request an enlargement of time of thirty (30) days after the Defendants' initial Answer date or until February 4, 2020, in which to file an Answer, a Motion for Summary Judgment, or to serve a motion under Fed.R.Civ.P. 12(b) or (e).

GARY HOVEY, MATTHEW PROEHL and NORTH PLATTE POLICE DEPARTMENT, Defendants,

By /s/ Terrance O. Waite

For Terrance O. Waite - NSBA #15497
WAITE & McWHA
P. O. Box 38 - 116 No. Dewey St
North Platte, Nebraska 69103-0038
Telephone: (308) 532-2202
twaite@northplattelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kayla Reed

DaVonte King

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

/s/ Terrance O. Waite
Defendants' Attorney