The Supreme Court has determined: All codes, rules and regulations are for government authorities only, not humans in accordance with God's laws. All codes, rules and regulations are unconstitutional and lacking due process.

*Rodrigues v Ray Donavan* 769 R 2d 1344, 1348 (1985)

4:20cv3151

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 FEB 10 AM 11: 25



RECEIVED

FEB 10 2021

CLERK
U.S. DISTRICT COURT
LINCOLN

**Thompson v.Smith, 154 SE 579, 11 American Jurisprudence, Constitutional Law, section 329,** page 1135 "The right of the Citizen to travel upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of travel, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business." –

Barney vs. Board of Railroad Commissioners, 17 P.2d 82 "The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived."

Chicago Motor Coach vs. Chicago, 169 NE 22; Ligare vs. Chicago, 28 NE 934; Boon vs. Clark, 214 SSW 607; 25 Am.Jur. (1st) Highways Sect.163 "the right of the Citizen to travel upon the highway and to transport his property thereon in the ordinary course of life and business… is the usual and ordinary right of the Citizen, a right common to all." –

Ex Parte Dickey, (Dickey vs. Davis), 85 SE 781 "Every Citizen has an unalienable RIGHT to make use of the public highways of the state; every Citizen has full freedom to travel from place to place in the enjoyment of life and liberty." People v. Nothaus, 147 Colo. 210. "No State government entity has the power to allow or deny passage on the highways, byways, nor waterways… transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. Travel is not a privilege requiring licensing, vehicle registration, or forced insurances."

Barney vs. Board of Railroad Commissioners, 17 P.2d 82 "The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived."

Shuttlesworth v. Birmingham 394 U.S. 147 (1969). "With regard particularly to the U.S. Constitution, it is elementary that a Right secured or protected by that document cannot be overthrown or impaired by any state police authority.

Shapiro v. Thompson). EDGERTON, Chief Judge: "Iron curtains have no place in a free world. …'Undoubtedly the right of locomotion, the right to remove from one place to another according to inclination, is an attribute of personal liberty, and the right, ordinarily, of free transit from or through the territory of any State is a right secured by the Constitution.'

In United States constitutional law, **police power** is the capacity of the states to regulate behavior and enforce order within their territory for the betterment of the health, safety, morals, and general welfare of their inhabitants.[1] Police power is defined in each jurisdiction by the legislative body, which determines the public purposes that need to be served by legislation.[2] Under the Tenth Amendment to the United States Constitution, the powers not delegated to the Federal Government are reserved to the states or to the people. This implies that the Federal Government does not possess all possible powers, because most of these are reserved to the State governments, and others are reserved to the people.

Police power is exercised by the legislative and executive branches of the various states through the enactment and enforcement of laws. States have the power to compel obedience to these laws through whatever measures they see fit, provided these measures do not infringe upon any of the rights protected by the United States Constitution or their own state constitutions and are not unreasonably arbitrary or oppressive. Methods of enforcement can include legal sanctions, physical means, and other forms of coercion and inducement. Controversies over the exercise of state police power can arise when exercise by state authorities conflicts with individual rights and freedoms.

No Immunity

Owen v. City Of Independence , 445 U.S. 622 (1980)

Maine v Thiboutot, 448 U.S.1 (1980).

Chicago Coach Co. v. City of Chicago, 337 Ill. 200, 169 N.E. 22. "Traffic infractions are not a crime." People v. Battle "Persons faced with an unconstitutional licensing law which purports to require a license as a prerequisite to exercise of right… may ignore the law and engage with impunity in exercise of such right."

<div align="center">Property not for hire</div>

Payne v. Massey (19__) 196 SW 2nd 493, 145 Tex 273. "The court makes it clear that a license relates to qualifications to engage in profession, business, trade or calling; thus, when merely traveling without compensation or profit, outside of business enterprise or adventure with the corporate state, no license is required of the natural individual traveling for personal business, pleasure and transportation."

Shuttlesworth v. Birmingham 394 U.S. 147 (1969). "With regard particularly to the U.S. Constitution, it is elementary that a Right secured or protected by that document cannot be overthrown or impaired by any state police authority."

-American Mutual Liability Ins. Co., vs. Chaput, 60 A.2d 118, 120; 95 NH 200 Motor Vehicle: 18 USC Part 1 Chapter 2 section 31 definitions: "(6) Motor vehicle. – The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways…" 10) The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit. "A motor vehicle or automobile for hire is a motor vehicle, other than an automobile stage, used for the transportation of persons for which remuneration is received."

-International Motor Transit Co. vs. Seattle, 251 P. 120 The term 'motor vehicle' is different and broader than the word 'automobile.'"

- **"*All citizens must be free to travel throughout the United States uninhibited by statutes, rules, and regulations…*"** SHAPIRO v. THOMPSON 394 US

**16Am Jur 2d.,**
**Sec. 97:**

"Then a constitution should receive a literal interpretation in favor of the Citizen, is especially true, with respect to those provisions which were designed to safeguard the liberty and security of the Citizen in regard to person and property." Bary v. United States - 273 US 128

"Any constitutional provision intended to confer a benefit should be liberally construed in favor in the clearly intended and expressly designated beneficiary"

**Marbury v. Madison : 5 US 137**
**(1803):**

"No provision of the Constitution is designed to be without effect," "Anything that is in conflict is null and void of law", "Clearly, for a secondary law to come in conflict with the supreme Law was illogical, for certainly, the supreme Law would prevail over all other laws and certainly our forefathers had intended that the supreme Law would be the bases of all law and for any law to come in conflict would be null and void of law, it would bare no power to enforce, in would bare no obligation to obey, it would purport to settle as if it had never existed, for unconstitutionality would date from the enactment of such a law, not from the date so branded in an open court of law, no courts are bound to uphold it, and no Citizens are bound to obey it. It operates as a near nullity or a fiction of law."

If any statement, within any law, which is passed, is unconstitutional, the whole law is unconstitutional by Marbury v. Madison.

2/8/2021                                        IMG_0423.JPG



|  |  | SID# | CONDITIONAL RELEASE VIOLATION | Case Dismissed |  |
|---|---|---|---|---|---|
|  |  | **Book Date**<br>11/13/2020 | **Attorney** | **Next Court Date** | **Arresting Agenc**<br>North Platte Pd |
|  |  | **Release Date** |  |  |  |

| illId | Photo | Name | Charges | Current Disposition | Total Bail |
|---|---|---|---|---|---|
| 125 |  | Reed, Kayla Patrice | TRAFFIC OFFENSES-NO PROOF OF INSURANCE<br>OBSTRUCTING THE POLICE | Pending Court Appearance<br>Pending Court Appearance | |
| | | SID# | | | |
| | | **Book Date**<br>12/04/2020 | **Attorney** | **Next Court Date** | **Arresting Agenc**<br>North Platte Pd |
| | | **Release Date** | | | |

| illId | Photo | Name | Charges | Current Disposition | Total Bail |
|---|---|---|---|---|---|
| 089 | | Saathoff, Harlie Erin | USE OF A WEAPON TO COMMIT A FELONY<br>MURDER 2ND DEGREE | Pending Court Appearance<br>Pending Court Appearance | |
| | | SID# | | | |
| | | **Book Date**<br>11/12/2020 | **Attorney** | **Next Court Date** | **Arresting Agenc**<br>North Platte Pd |



*note on BoCC*



**North Platte Police Dept**

701 S Jeffers St

NORTH PLATTE, NE 69101

Phone:  (308) 535-6789   Fax:  (308) 535-6788

*20-1827-01*

## North Platte Police Prosecutor Report

**Incident# :20-020898**

| INCIDENT DETAILS | | |
|---|---|---|
| **Incident#** | **Crime Location** | **Reported Date** |
| 20-020898 | RODEO RD/ N Willow ST NORTH PLATTE,NE 69101 | 12/03/2020 23:15:56 |
| **Dispatched Date** | **Arrived Date** | **Occurred From** |
| 12/03/2020 23:15:56 | 12/03/2020 23:15:56 | 12/03/2020 23:15:56 |
| **Occurred To** | **RMS CFS** | **RMS Disposition** |
| 12/04/2020 00:29:14 ADULT/CLEARED | 28-906 - OBSTRUCTING A POLICE OFFICER | 400 - ARRESTED |
| **RMS Disposition Date** | **Call Taker** | **Dispatcher** | **Primary Officer** |
| 12/04/2020 00:39:15 | 490-Sargent, Joette | 490-Sargent, Joette | 108-Proehl, Matthew |
| DISPATCHER DETAILS | | | |

| Dispatcher Comment |
|---|
| 12/03/2020 23:15:57/VS Call: PL :pr1v423, ST: NB, Desc: |
| Dispatcher Comment |
| 12/03/2020 23:25:11/9157 OUT WITH A MALE ON THE CORNER. PLATE PR1V4T3 SAYS DOT EXEMPT |
| Dispatcher Comment |
| 12/03/2020 23:27:18/10-4 |
| Dispatcher Comment |
| 12/03/2020 23:28:17/forced entry into car |
| Dispatcher Comment |
| 12/03/2020 23:28:44/1015 |
| Dispatcher Comment |
| 12/03/2020 23:28:59/1046 FOR A SMALL TOYOTA ALL TIRES AND WHEELS UP |
| Dispatcher Comment |
| 12/03/2020 23:29:42/BIG RED ENROUTE |
| Dispatcher Comment |
| 12/03/2020 23:32:11/kayla reed  1505 n sheridan |
| Dispatcher Comment |
| 12/03/2020 23:37:21/10-4 |
| Dispatcher Comment |
| 12/03/2020 23:44:47/female 10-15 |
| Dispatcher Comment |
| 12/03/2020 23:45:23/9157 10-4 |
| Dispatcher Comment |
| 12/04/2020 00:16:47/399AR3937 IOWA OLN |

Devonte King

The North Platte police department has been aware of the plate PR1VAT3. They have been following Devonte King around town since 09/2020. No stop or arrest have been made. Devonte King is vocal on his Youtube channel ~~Police~~ Police the Police. Under the 14th Amendment equal protection Clause Devonte King has the right to travel freely and unencumbered. Since I, Kayla Reed am not vocal on the internet due to having a 12 hr days, 6 days a week job and three children, they are trying to extort me out of money and deprive me of life, liberty and property. I Kayla Reed claim

# Motion to not Dismiss

Your Honor,

First of all, all of the charges were unlawful. From the pictures I will present with this letter there is no way on earth that Mrs Hovey and Mr. Proehl or the North Platte Police Department can mistake my automobile as a commercial motor vehicle. Mr. Proehl and Mr. Hovey ignored my claim of trespass, ignored my written statement, all with no regards to the Constitution. Mr. Proehl and Mr. Hovey forced unconstitutional codes, rules, and regulations upon me and my property unlawfully.

To address Mr. King's claims

Mr. King recorded half of the unlawful stop. At some point later, in the video Mr. King claims they are searching private property. and on video, Mr. Hovey turns to the camera and yells, "Yes, we are going to take it too." At that time, Mr. Hovey had plenty of time to give Mr. King his property. Once Mr. King realized a tow truck was coming to take his property, he left in his other property. Same plate as other automobile tooken by Mr. Proehl and Mr. Hovey.

Please note, I was unlawfully imprisoned for a total of four charges. When I woke up in jail for court the nex-day, I had one charge pending which was obstructing a peace officer, which I fought to the very end and the judge looked beyond the protected guarantees of the Constitution. In favor of a unlawful statute all to generate revenue. I had no chance of winning because the police and courthouse are working together against the Constitution. The judge dismissed every Constitutional claim I had to ~~garnish~~ extort me out of money. I have broken no law, I have done no wrong. The judge unconstitutionally fined me $300.⁰⁰ for the unlawful arrest of not giving my name for traveling free and unencumbered.

# Contradicting Statements

Kayla Reed
Devonte King

I have written statements that the North Platte police department and it's members did have knowledge that Mr. King and Mrs. Reed was exercising the right to travel via. Mr. King's youtube channel. Mr. King and Mrs. Reed has been using the Constitution to travel freely and unencumbered from regulations, statues, and licensing.

Kayla Reed is m/ wife

**16Am Jur 2d., Sec. 257:**

"The actual existence of a statute prior to determination, that it is unconstitutional is an operative fact and may have consequences which can not justify being ignored, when a statute which has been in effect for some time is declared unconstitutional, questions of rights claimed to have become vested of status of prior determinations deemed to have finality an acted upon accordingly and of public policy in the light of the nature, both of the statute and of it's previous application demand examination. It has been said that in all inclusive statement of the principle of absolute retroactive inviolability cannot be justified. An unconstitutional statute is not necessarily a nullity it may have indeterminate consequences binding on the people."

**16Am Jur 2d., Sec. 258:**

"On the other hand it is clear that Congress cannot by authorization or ratification give the slightest effect to a state law or constitution which is in conflict with the Constitution of the United States."

*4*

**16Am Jur 2d., Sec. 260:**

"Although it is manifested that an unconstitutional provision in the statute is not cured because included in the same act with valid provisions and that there is no degrees of constitutionality."

*5*

**Mudook v. Penn. 319 US 105:**(1943)

*1*

"A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution and that a flat license tax here involves restraints in advance the constitutional liberties of Press and Religion and inevitably tends to suppress their existence. That the ordinance is non-discriminatory and that is applies also to peddlers of wares and merchandise is immaterial. The liberties granted by the first amendment are and in a preferred position. Since the privilege in question is guaranteed by the Federal Constitution and exist independently of the states authority , the inquiry as to whether the state has given something for which it cannot ask a return, is irrelevant. No state may convert any secured liberty into a privilege and issue a license and a fee for it."



**Shuttlesworth v. Birmingham Al. 373 US 262:**(1962)

"If the state does convert your right into a privilege and issue a license and a fee for it, you can ignore the license and a fee and engage the right with impunity."



**United States v. Bishop 412 US 346:**

Sets the standard for criminal violation of Willful Intent

1. It must be proven that you are the party.

2. It must be proven that you had the method or opportunity to do the thing.

**3. It must be proven that you did this with a Willful Intent.**

Willfulness - "An evil motive or intent to avoid a know duty or task under a law, with a moral certainty."

*"Now since the prosecutor does not have a cause of action for which relief can be granted, your Honor, may it please the court, Counsel is specifically precluded performing his major task, therefore, your Honor, may it please the court, at this time, I would Motion most graciously for a dismissal [with] of Prejudice, for failure to state a cause of action for which relief may be granted by this Honorable Court*

# Notice

this automobile is not used for commercial purposes i; man declare my automobile a household article\private property

*"The Right of the Citizen to travel upon the public highways and to transport his property thereon, either by horse drawn carriage or by automobile, is not a mere privilege which a city can prohibit or permit at will, but a common Right which he has under the right to life, liberty, and the pursuit of happiness."*

**Thompson vs. Smith**, 154 SE

**Title 18 USC 31**:

*"**Motor vehicle**" means every description or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, or passengers and property.*

*"**Used for commercial purposes**" means the carriage of persons or property for any fare, fee, rate, charge or other considerations, or directly or indirectly in connection with any business, or other undertaking intended for profit.*

I say here and will verify in open court to all hearing to be true

x*Kayla Reed*

*Notice*

Incident# :20-020898

"Hemparillo". The package had been opened and was resealed with a zip lock type closure. I opened it to find that it contained a "blunt", which is basically a small "cigar" that contains marijuana rather than tobacco.

Big Red Towing responded and towed the vehicle to the north pound where I did a further search. I discovered another smaller (mostly smoked) "blunt" in a compartment in the dash. The total amount of marijuana I recovered was approximately 2 grams. I did an inventory of the vehicle and removed the rear plate as it was unlawfully displayed. It purports to be official, but is not in anyway. I placed the suspected marijuana and the license plate into evidence.

Kayla never did provide any information to identify herself but was eventually identified through LCSO's PLO skip-trace program. Sgt. Nelms ran Kayla's name through the system and came up with information connecting her to North Platte, living at 414 East 6th, which is the homeless shelter. The report indicates she has been living in North Platte, Lincoln County, NE, since 6/19/20. The report also shows Kayla has a drivers license issued out of Iowa. It showed her "residence" at an address in Clinton, IA, but shows a "primary contact address" of 1505 North Sheridan in North Platte. I checked Kayla's Iowa record and found that her license is valid in Iowa, but she has obviously been residing in North Platte over 30 days. I noticed several paycheck stubs issued to Kayla by the USPS in the car which would also indicate she has been employed in North Platte for over 30 days. Therefore Kayla's license is not valid in North Platte, but Officer Proehl failed to cite her for no operator's license.

To clarify Officer Proehl's reason for this stop, a Crime Stoppers tip was received on 10-27-20 from a North Platte resident reporting that Devonte King (who happens to reside with Kayla, was filming live over a You Tube channel driving around North Platte in a silver Toyota with the same kind of plate that Kayla had on her car, basically challenging law enforcement to pull him over. Devonte and Kayla proclaim to be "free travelers" and that their vehicles are "private property" and not subject to any type of action by law enforcement. The roll call item along with a "situational awareness" bulletin was in roll call alerting officers in the event that they stopped Devonte. <u>Devonte and Kayla both</u> have "private property" signs laying on the dash of their cars. Devonte was operating Kayla's vehicle on 9/6/20 when he was stopped by Inv. Miller. At the time Kayla's vehicle was bearing IA. plates JEN988, which incidentally do not expire until 2/2021. Those plates were obviously removed and replaced with the "PR1VAT3" plate displayed on the vehicle when Kayla was stopped. Incidentally, Devonte is listed as a co-owner of the Toyota, which I was not aware of until much later. Devonte left prior to the tow truck arriving, but he doesn't a drivers license so he wouldn't have been able to drive it either.

Sgt. G. Hovey #20
ok Lt.R.Hoaglund #802

*drivers license not required for private property*

Narrative Comment

RSH802

## NARRATIVE DETAILS

| Narrative Type | Narrative Date | Reported By | Modified Officer | Modified Date | |
|---|---|---|---|---|---|
| Initial | 12/04/2020 | 108-Proehl, Matthew | 20-Hovey, Gary | 12/04/2020 | |

JAN 2 0 2021

CLERK OF COUNTY COU

### Narrative

Initial

On December 3rd, 2020 I was on patrol near the intersection of Willow and Rodeo Rd. I noticed that the vehicle in front of me had a license plate of PR1VAT3, which is a fictitious plate. I asked for assistance and Sgt. Hovey #20 arrived on scene a short time later.

I made a traffic stop on this vehicle, and while at the driver's side window, the driver refused to give me any identifying information. The female driver was later identified as Kayla Reed. Kayla advised she was "traveling" with private property and the laws don't apply to her.

While at the driver's side window I could smell a strong odor of marijuana coming from the vehicle. I also noticed that Kayla was trying to call someone from her cell phone. She ended up on a video call with who I presume is her partner, as he showed up onto the scene and started to record the traffic stop. The male was yelling at Kayla to give us the information that we needed to write a citation. She either ignored the male, or couldn't hear him during this time.

The only information I was able to get about the vehicle was the VIN-JTDBR32E660063492, which comes back to a red 2006 Toyota Camry.

During this whole encounter Kayla had the vehicle in drive, doors locked, and the driver's side window rolled down approximately one inch. Kayla was advised if she continued to be uncooperative with officers, that we would have no choice but to break the passenger side window to gain entry. Kayla finally placed the car in drive and unlocked the doors.

Kayla was placed under arrest for Obstructing a Police Officer [28-906], Class 1 Misdemeanor, Fictitious Display of Plates [60-396(1)A].

*Notice*

Incident# :20-020898

| Dispatcher Comment |
| --- |
| 12/04/2020 00:17:08/KAYLA PATRICE REED 8/30/1993 |

### NAME DETAILS

| Name | DOB | Age | Height | Weight | Sex | Race |
| --- | --- | --- | --- | --- | --- | --- |
| Reed, Kayla P | 08/30/1993 | 27 Years | 5 ' 06 '' | 180 | Female | BLACK |

| Ethnicity | Address | | Eye Color | Hair Color |
| --- | --- | --- | --- | --- |
| Not of Hispanic Origin | 1505 N SHERMAN AV NORTH PLATTE,NE 69101 | | BRO | BRO |

| Reason Codes |
| --- |
| Actor |
| Adult Arrest |
| Driver |
| Offender |

### COMMENT DETAILS

| Officer Name | Comment Date |
| --- | --- |
| 447-Albrecht, Elizabeth | 12/04/2020 10:41:46 |

**Comment**

Report sent to Ca's Office

### NARRATIVE DETAILS

| Narrative Type | Narrative Date | Reported By | Modified Officer | Modified Date |
| --- | --- | --- | --- | --- |
| Supplemental | 12/04/2020 | 20-Hovey, Gary | 802-Hoaglund, Richard | 12/04/2020 |

**Narrative**

Officer Proehl requested assistance after conducting a traffic stop at Rodeo Road and Oak. The driver, later identified as Kayla Reed, was refusing to provide any personal information as to who she was or concerning her vehicle. She insisted that she was not driving she was "traveling" and doesn't think that Nebraska laws apply to her. When I arrived and walked up to the drivers side of the car, I could smell a strong odor of marijuana coming from the vehicle. Kayla had her window rolled down by only about an inch. Kayla refused to provide any information, and refused to roll down her window, or exit her vehicle in spite of numerous requests and pleas to do so. I told her that she would likely be released with a citation if she cooperated other she would otherwise go  to jail for obstructing a police officer. I obtained the VIN from the vehicle in an attempt to identify who Kayla was, however I left off the first digit of VIN as I was having difficulty reading it off the dash. Therefore dispatch advised there was no record in Nebraska or surrounding states. I later found a item in the car showing that Kayla once resided in Illinois, so with the proper VIN dispatch was able to determine the vehicle was once licensed in Illinois but that registration was expired.

Kayla was on her phone during this time possibly recording the conversation, and also texting someone. A short time later a male subject (believed to be Devonta King showed up across the street and started video taping  us on his phone. He obviously overheard us telling Kayla that she needed to provide her personal information as he too told her to give us her name. After numerous pleas to cooperate, Kayla still refused. Therefore I told her that she left us no option but to break her window to extricate her. I told her she needed to open the door and exit the vehicle as she was under arrest for obstructing a police officer. I told her several times, very sternly. I went around to the passenger side with the intent to break in the vehicle if necessary. I was concerned that Kayla could be injured by flying glass if I did hit the window and I did not have a window punch to safely break the window. Fortunately, Kayla put the car in park which caused the doors to unlock. I opened the door on the passenger side and Officer Proehl opened the driver's door. It appeared that Kayla was going to try and drive off but thankfully she didn't and got out on the drivers side as instructed at that point. She was then handcuffed and taken into custody.

Once Officer Proehl placed Kayla into the back of his car I entered the vehicle and conducted a search. There was a very strong odor of marijuana inside the vehicle. I came across a purple package in the console that I initially thought was a cigarillo (small cigar). I could feel what I thought was a small cigar inside so I didn't open it. I continued my search but did not locate any. Kayla had a purse on the passenger seat that I went through, partly to try and identify who she was. I was able to determine that her name was Kayla P. Reed by a USPS employee badge (with her picture on it), and that she resides at 1505 North Sheridan (from several paycheck stubs (from the USPS), but I did not locate her date of birth, or anything else to determine if she had a drivers license. Later on while waiting for a tow truck I went back and checked he purple package. I looked at the package more closely and noticed that it was labeled "4 Hemp Wraps" and

**CASE NUMBER 20-20898**

### Law Enforcement Officers Affidavit of Probable Cause

STATE OF NEBRASKA    )
                             ) SS
COUNTY OF LINCOLN    )

COMES NOW **Off. Matthew Proehl**, of North Platte, Lincoln County, Nebraska, a Law Enforcement Officer of the State of Nebraska, who being first duly sworn on oath deposes and states that he or she arrested **Kayla P Reed (08.30.1993)** without a warrant on **December 4, 2020** on or about the hour of **2344 hours** for the offense of **Obstructing a Police Officer [28-906].** That the probable cause upon which the arrest was made is as follows:

All of which I swear and affirm to be true.

On December 4th, 2020 I was on patrol when I noticed that a vehicle at the intersection of Rodeo RD & Willow had the license plate PR1VAT3. The plate is fake so I made a traffic stop on that vehicle. The driver of the vehicle was asked numerous times to give me her license or vehicle information and refused to do so. The driver was also told multiple times to get out of the vehicle but stayed in the driver's seat with the car still in drive. There was also a strong odor of marijuana coming out of the vehicle, from the window that she had slightly rolled down. Once she was advised that the passenger side window would be busted to gain entry, she put the car in park and unlocked the doors.

Kayla was arrested and booked into the Lincoln County Jail for Obstructing a Peace Officer [28-906], Class I Misdemeanor, Fictitious display of Plates [60-396(1)A, Infraction, No Proof of Insurance [60-3167] , Class II Misdemeanor, and Poss. Of Marijuana 1 oz or less-1st Off [28-416(13), Infraction of $300.

_____
Off. Matthew Proehl #108

SUBSCRIBED AND SWORN to before me this **04th day of December, 2020.**

_____
Notary Public

GENERAL NOTARY - State of Nebraska
GARY D HOVEY
My Comm. Exp. July 9, 2021

**Incident# :20-020898**

Infraction, No Proof of Insurance [60-3167] Class II Misdemeanor, and Possession of Marijuana 1 oz or less- 1st Offense, Infraction of $300.

Sgt. Hovey stayed with the vehicle while I transported Kayla to the jail for the charges mentioned above.

Refer to Sgt. Hovey's report for further incident details.

Off. M. Proehl #108
OK - Sgt. G. Hovey #20

| Narrative Comment |
|---|
| ok |

## PROPERTY ARTICLE DETAILS

| Property # | Property Type | Property Reason | Reported Date | Article# |
|---|---|---|---|---|
| PRN-0124785 | Article | Seized for Evidence | 12/03/2020 23:15:56 | AB-J001 |

| Category | Classification | Misc Description |
|---|---|---|
| VEHICLE PARTS/ACCESSORIES | LICENSE PLATE | fictitious license plate PR1V4T3 |

## PROPERTY VEHICLE DETAILS

| Property # | Property Type | Property Reason | Reported Date | Category | Make |
|---|---|---|---|---|---|
| PRN-0124787 | Vehicle | Towed Vehicle | 12/03/2020 23:15:56 | AUTOMOBILES | TOYOTA |

| Manufacture Year | Top Color | VOD | Model | Style |
|---|---|---|---|---|
| 2006 | RED | Chicago | COROLLA | 4-door Automobile |

| Misc Description | Vehicle# | VIN# |
|---|---|---|
| red 2006 Toyota Corolla | 000056126 | JTDBR32E660063492 |

## PROPERTY DRUG DETAILS

| Property # | Property Type | Property Reason | Reported Date | Category |
|---|---|---|---|---|
| PRN-0124784 | Drug | Seized for Evidence | 12/03/2020 23:15:56 | DRUGS / NARCOTICS |

| Classification | Drug Type | Drug Type & Estimated Qty | Drug Type & Measure Type |
|---|---|---|---|
| MARIJUANA | MARIJUANA | MARIJUANA: 2 | MARIJUANA: GRAM |

| Drug Type & Misc Description |
|---|
| MARIJUANA: app. 2 grams suspect marijuana |

## ARREST DETAILS

| Arrest# | Arrest Date/Time | Arrestee | Primary Arresting Officer | Arrest Type |
|---|---|---|---|---|
| 202000001143 | 12/03/2020 | Reed, Kayla P | 108-Proehl, Matthew | SUMMONS/CITED |

| Arrest Location | Age Of Person |
|---|---|
| RODEO RD/ N Willow ST NORTH PLATTE,NE 69101 | 27 Years |

| Charge |
|---|
| 28-416 CONT SUBSTANCES- POSS OF MARIJUANA<br>60-399 FICTITIOUS PLATES<br>28-906 OBSTRUCTING A POLICE OFFICER<br>60-3167 NO PROOF OF INSURANCE |

| Booking# | Booking Date | Arresting Agency |
|---|---|---|
| NP1100207 | 12/04/2020 | NPP |



the car mr king
pulled up in when they stole our
property



After they Searched my car and Broke it more pics on USD



Before property was
Stoling/taken



always on the
dash Board



after they stole
my property



Summer 2020

or 10-1-2020





**FROM:**

Kayla p Reed

1505 N Sheridan Ave

north platte Ne 69101

**TO:**

FeDRal BuilDing

100 Centennial mall North Room593

Lincoln Ne 68508



EXPECTED DELIVERY DAY: 02/12/21
USPS TRACKING® NUMBER

9505 5137 1207 1039 4050 49

**Utility Mailer**
**10 1/2" x 16"**

ReadyP**o**st.